**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES LESLIE VAN SICKLE, | Case No. CV 16-07356-JAK (JPR) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| PRISCILLA PEREZ et al., | |
| Defendants. | |

    Under the Order Dismissing Action Without Prejudice for Failure to Serve,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: November 14, 2017

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE